DICKINSON WRIGHT PLLC
ERIC D. HONE (NV Bar No. 8499)
Email: ehone@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas NV 89113
Phone  702-550-4400
Fax      702-382-1661

JENNER & BLOCK LLP
Andrew J. Thomas (CA Bar No. 159533)
*Admitted Pro Hac Vice*
Email: AJThomas@jennerblock.com
633 West Fifth Street, Suite 3600
Los Angeles, CA 90071
Phone: 213-239-5100
*Attorneys for Defendants Universal City Studios, LLC*
*and Universal Studios Productions, LLLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL ROESSLER,<br><br>                          Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS, LLC a/k/a UNIVERSAL PICTURE, et al.,<br><br>                          Defendants. | CASE NO. 2:15-cv-02080-JCM-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Carl Roessler and Defendants Universal City Studios, LLC and Universal Studios Productions, LLLP, by and through their counsel, hereby stipulate and agree as follows:

1. All defendants in this matter, without limitation, shall have up through and including

///

///

///

///

LVEGAS 68121-1 46873v1

January 15, 2016, in which to answer or otherwise respond to the Complaint for Copyright Infringement and Injunction [Dkt. 1] on file herein.  This is the first request for an extension of the time to file responses to the Complaint.

Dated this 10th day of December 2015.

DICKINSON WRIGHT PLLC

/s/ Eric D. Hone
ERIC D. HONE (NV Bar No. 8499)
Email:  ehone@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas NV 89113

*Attorneys for Defendants Universal City Studios, LLC and Universal Studios Productions, LLLP*

Dated this 10th day of December 2015

LAW OFFICES OF JOHN P. ALDRICH

/s/ John P. Aldrich
JOHN P. ALDRICH (NV Bar No. 6877)
Email:  jaldrich@johnaldrichlaw.com
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146

*Attorneys for Plaintiff Carl Roessler*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: December 11, 2015